# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 6:16-CR-03015-BCW |
| BARRY P. WRIGHT, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge David P. Rush's Report and Recommendation granting Defendant's Motion for Determination for Competency (Doc. #34). Neither party filed objections to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law, finding the defendant competent to stand trial and to assist in his defense. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendation be attached to and made part of this Order. RECOMMENDED that the District Court, after conducting its own independent review of the record, find that defendant Wright is competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense

IT IS SO ORDERED.

Dated: August 25, 2017

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT